IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2005 NOV -3 P 4: 17

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 2:05 cr 227 |
| | | 29 U.S.C. §501(c) |
| v. | : | |
| | | JUDGE FROST |
| MICHELLE K. THOMPSON | : | |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1

1. That at all times hereinafter mentioned and within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §402(i) and §402(j), hereinafter referred to as the Act:

(a) American Federation of State, County and Municipal Employees, "AFSCME", Local 11, is a labor organization representing employees in an industry affecting commerce in Columbus, Ohio.

(b) At all times relevant herein, the defendant, MICHELLE K. THOMPSON, was the Treasurer, AFSCME, Local 11, Ohio Civil Service Employees Association, Chapter 2528, and as such was an officer and an employee of a labor organization within the meaning of sections 3(f) and 3(n) of the Act [29 U.S.C. §§402(f) and (n)].

2. From on or about January 5, 2004, to on or about April 18, 2004, in the Southern District of Ohio, the defendant, MICHELLE K. THOMPSON, while an officer, that is, Treasurer, AFSCME, Local 11, Ohio Civil Service Employees Association, Chapter 2528, a labor organization in an industry affecting commerce, did willfully and knowingly embezzle and convert to her own use the moneys and funds of said labor organization in the approximate amount of $2,727.93.

In violation of 29 U.S.C. §501(c).

GREGORY G. LOCKHART
UNITED STATES ATTORNEY

GARY L. SPARTIS
DEPUTY CRIMINAL CHIEF